# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:12cv317

| | | |
|---|---|---|
| **ERIC GREGORY GLASCO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 12] to which the Defendant consents [Doc. 13].

For the reasons stated in the motion, it is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 12] is hereby **GRANTED** and this action is hereby **DISMISSED**.

Signed: February 27, 2013

Martin Reidinger
United States District Judge